

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:16-MJ- 140 |
| TRAVIS DEAN RENDON (01)<br>TINA CAROL ORTEGA (02) | |

## CRIMINAL COMPLAINT

I, Inspector Keegan Martin, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about January 26, 2015, in the Fort Worth Division of the Northern District of Texas, **Travis Dean Rendon** and **Tina Carol Ortega,** aided and abetted by each other, did unlawfully have in their possession mail matter, specifically a First Class letter from Chase Sapphire Preferred addressed to S.P., of Arlington, Texas, which had been stolen, taken, embezzled and abstracted from the United States mail, knowing said mail matter to have been stolen, in violation of 18 U.S.C. § 1708.

1. I am a United States Postal Inspector with the United States Postal Inspection Service, and have been so employed for three years. I am currently assigned to the Mail Theft/Violent Crimes Team for the Fort Worth Division, and I am responsible for investigating mail theft, robberies, burglaries, access device fraud, and identity theft cases involving the U.S. Mail.

2. On January 26, 2015, Postal Inspector (PI) C. Tutor was contacted by Tarrant Regional Auto Crimes Task Force after locating two stolen vehicles in the parking lot of the Sleep Inn hotel in Arlington, Texas.

One of the vehicles, a white Econoline van, was inventoried and bags containing numerous pieces of stolen U.S. Mail were recovered. Officers pulled security video from the hotel and observed **Travis Dean Rendon** park the Econoline van in the motel lot, walk into the hotel, and enter room 318. Sleep Inn manager L. M. identified Rendon as a guest of the hotel and confirmed his room number was 318.

3. A further review of the security video revealed Rendon and **Tina Carol Ortega** quickly exit room 318 and head for the stairwell. Rendon was carrying a white pillow case when he exited his room and entered the stairwell. However, he did not have the pillow case with him when he exited the stairwell on the first floor. Officers recovered the white pillow case full of stolen mail in the stairwell. Inside the pillow case was the contents of a First Class letter from Chase Sapphire for card ending in 7828 addressed to S.P of Arlington, Texas.

4. On or about January 26, 2015, Grand Prairie Police Department (GPPD) executed a knock-and-announce search warrant on Sleep Inn room number 318. PI Tutor assisted in the search of the room and recovered multiple pieces of stolen U.S. Mail, as well as other items reported as being stolen. Officers also recovered a photo copy of a picture driver's license belonging to Rendon, as well as U.S. Mail belonging to Ortega.

5. On March 25, 2015, Arlington Police Department (APD) Detective Minton located Ortega in a stolen vehicle outside of her residence. Ortega was arrested and transported to the Arlington Jail. An inventory of the recovered stolen vehicle was completed.

APD Detective Minton recovered two fraudulent paper Texas driver's licenses belonging to victim C.B. and one fraudulent paper Texas driver's license belonging to H. K. The three fraudulent driver's licenses contained the victim's information, but Ortega's photograph. Additional items recovered included debit/credit cards belonging to multiple individuals.

6.  On or about March 25, 2015, Ortega was interviewed by APD Detective Minton at the Arlington Jail. Ortega was provided her warning and waiver of rights, and she chose to waive those rights by submitting to an interview. Ortega admitted to being with Rendon at the Sleep Inn hotel on January 26, 2015, when multiple pieces of U.S. Mail were recovered from room 318, the stairwell and an Econoline van. Ortega further admitted she had cleaned out a large amount of mail from the stolen vehicle she was arrested in and placed it in the recycling bin at her residence.

7.  On or about March 26, 2015, PI Tutor went to Ortega's residence in Arlington, Texas. PI Tutor spoke with Ortega's grandmother, N.Y., who stated Ortega stays at the residence two to three nights a week. PI Tutor informed N.Y. about Ortega admitting to discarding multiple pieces of U.S. Mail in recycling bin at the residence. N.Y. provided PI Tutor with access to the recycling bin and instructed him to take whatever he needed. In the recycling bin, PI Tutor recovered a large amount of stolen mail from Arlington, Grand Prairie, Grapevine and Irving.

N.Y. searched through Ortega's belongings sitting in the corner of the living room, and recovered additional pieces of stolen mail, multiple checks, and fraudulent temporary Texas identification cards bearing Ortega's photograph.

8. On March 27, 2015, PI Tutor was contacted by Ortega's brother regarding additional pieces of stolen mail and license plates located in a shed behind N.Y.'s residence.

9. PI Tutor contacted First Convenience Bank regarding victim A.G's debit cards ending in 3427, which Ortega was in possession of when she was arrested by APD on March 25, 2015. First Convenience Bank confirmed the card had been stolen out of the mail and several unauthorized charges had been attempted. Approximately 490 pieces of mail were recovered dating from October 2014 to March 2015.

10. On November 12, 2015, I contacted victim S.P. and verified he did not receive his First Class letter from Chase Sapphire or the credit card ending in 7828. S.P. advised he did not give anyone permission to be in possession of his mail or credit card. S.P. further advised there were fraudulent charges on the Chase credit card. On November 12, 2015, I contacted Chase Bank and confirmed S.P.'s credit card was stolen from the U.S. Mail and fraudulently used in the amount of $135.84.

11. On or about November 12, 2015, I contacted victim T.L. who confirmed she did not receive her Texas Certificate of Title, which had been mailed to her residence in Arlington, Texas.

T.L. stated she had been expecting her vehicle title to be delivered via the U.S. Mail to her residence, but it never arrived. T.L. advised she did not give anyone permission to be in possession of her mail.

12. On or about November 12, 2015, I contact victim M.L. who confirmed she had mailed her son B.S. a first class piece of mail which contained a check for Christmas. M.L. stated her son never received the check and informed her that other mail of his had not been delivered. M.L. confirmed that no one other than B.S. should have in the possession of the first class letter she mailed him.

13. Based upon the foregoing facts and information, I submit there is probable cause to believe that **Travis Dean Rendon** and **Tina Carol Ortega**, aided and abetted by each other, did unlawfully have in their possession the contents of mail, which had been stolen, taken, or abstracted from a mail receptacle, which was an authorized depository for mail matter, knowing said item to have been stolen, all in violation of 18 U.S.C. § 1708.

Keegan Martin
US Postal Inspector

Sworn to before me, and subscribed in my presence on February 24, 2016 at 2:44 p.m., at Fort Worth, Texas.

JEFFREY L. CURETON
United States Magistrate Judge

Criminal Complaint - Page 5