ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 1 3 2016
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4-16CR-095-A |
| TRAVIS DEAN RENDON (01) | |
| TINA CAROL ORTEGA (02) | |

INDICTMENT

The Grand Jury charges:

Count One
Possession of Stolen Mail
(Violation of 18 U.S.C. § 1708)

On or about January 26, 2015, in the Fort Worth Division of the Northern District of Texas, defendants **Travis Dean Rendon** and **Tina Carol Ortega**, aided and abetted by each other, did unlawfully have in their possession mail matter, that is, one First Class letter from Chase Sapphire Preferred addressed to S.P. of Arlington, Texas, which had been stolen, taken, and abstracted from a mail receptacle, which was an authorized depository for mail matter, knowing said item to have been stolen.

Indictment – Page 1

In violation of 18 U.S.C. § 1708.

A TRUE BILL.

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
CHRISTOPHER R. WOLFE
Assistant United States Attorney
Texas State Bar No. 24008294
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

Indictment – Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

TRAVIS DEAN RENDON (01)
TINA CAROL ORTEGA (02)

INDICTMENT

18 U.S.C. § 1708

Possession of Stolen Mail

(1 COUNT)

A true bill rendered:

FORT WORTH _____ FOREPERSON

Filed in open court this 13$^h$ day of April, A.D. 2016.

Warrant to issue on both defendants.

_____
UNITED STATES MAGISTRATE JUDGE
(Magistrate Number: 4:16-MJ-140)